**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**　　　　　　　　　　　　　　　　　　　Case No. 08-cr-14-PB

<u>Alan Katz</u>

**O R D E R**

    The defendant, through counsel, has moved to continue the June 3, 2008 trial in the above case to allow time to complete discovery and engage in plea negotiations or prepare for trial. The government does not object to a continuance of the trial date.

    Accordingly, for the above reasons, the court will continue the trial from June 3, 2008 to September 3, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The May 20, 2008 final pretrial conference is continued to August 26, 2008 at 3:30 p.m.

SO ORDERED.

/s/Paul Barbadoro  
Paul Barbadoro  
United States District Judge

May 19, 2008

cc:  Jonathan Saxe, Esq.  
     Alfred Rubega, AUSA  
     United States Probation  
     United States Marshal