```
                UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                              Case No. 08-cr-14-PB

**Alan Katz**


**O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for December 2, 2008, citing the need for additional time to investigate additional discovery and engage in plea negotiations or prepare for trial.  The government does not object to a continuance of the trial date.

Although the defendant has asked for a 120-day continuance, he has not justified a continuance of more than 30 days.  Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from December 2, 2008 to January 6, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the

best interests of the public and the defendant in a speedy trial.

The November 25, 2008 final pretrial conference is continued to December 22, 2008 at 2:00 p.m.

No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

November 14, 2008

cc: Michael Iacopino, Esq.
    Alfred Rubega, AUSA
    United States Probation
    United States Marshal